Kathryn Tassinari, OSB# 80155
Robert Baron, OSB# 89020
CRAM, HARDER, WELLS & BARON, P.C.
474 Willamette, #200
Eugene, OR 97401
(541) 686-1969
kathrynt50@comcast.net
Of Attorneys for the Plaintiff

FILED'05 JUN 29 14:02USDC-ORE

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

AFTON LARSON,                      )
                                   )
                Plaintiff,         )            Civil No. 04-6074-CO
        vs.                        )
                                   )     ORDER FOR PAYMENT OF ATTORNEY
JO ANNE B. BARNHART,               )          FEES, COSTS AND EXPENSES
Commissioner, Social Security      )            PURSUANT TO EAJA
Administration ,                   )
                                   )
                Defendant.         )
_____)

After considering the stipulated Motion submitted by the parties herein for entry of an

order awarding attorney's fees in the amount of $3,130.89, costs in the amount of $150.00, and

expenses in the amount of $25.00,

IT IS HEREBY ORDERED that plaintiff's motion is granted in the total sum of

$3,305.89 as full settlement of any and all claims for attorney fees, costs and expenses under

EAJA. There are no other costs or expenses to be paid herein.

IT IS SO ORDERED on this _21_ day of _June_____, 2005.

_____
U.S. District Judge

PRESENTED BY:

By: _____ for Kathryn Tassinari
    Kathryn Tassinari
    OSB #80115
    Of Attorneys for Plaintiff

1 - ORDER FOR PAYMENT OF ATTORNEY FEES, COSTS & EXPENSES PURSUANT TO
EAJA